IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRADFORD COUNTY
BRANCH OF THE NAACP, et al.,

    Plaintiffs,

v.

CITY OF STARKE, FLORIDA, et al.,

    Defendants.

Case No. ~~86-5-CIV-J-12~~ 3:86-cv-5-MMH-LLL

## MMH ~~PROPOSED~~ ORDER

The Parties' Joint Motion to Modify Judgment is **GRANTED** for the reasons stated therein and pursuant to Federal Rule of Civil Procedure 60(b)(6).

It is **ORDERED**:

(a) The single-member district boundary adjustments as reflected in City of Starke Ordinance No. 2022-08 are approved.

(b) The Starke City Commission shall implement those boundaries for the 2022 and future elections.

(c) The portion of the Final Order on Remedial Election Plan (Doc. 124) requiring the City Commission to be elected for a two year term of office is vacated.

DONE AND ORDERED this 24th day of May, 2022.

*Marcia Morales Howard*